# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re:                                         )   | |
|                                                        )   | |
| Christopher Michael Hicks, Sr.     )   | CASE NO: 17-00256-dd |
|                                                        )   | |
|                                                        )   | |
|             Debtor(s)                        )   | |
|                                                        )   | |

## APPOINTMENT OF SUCCESSOR INTERIM TRUSTEE AND TRUSTEE
## AND DESIGNATION OF REQUIRED BOND

Kevin Campbell, the trustee of the estate of the above-named debtor, has resigned as trustee.

Michelle L. Vieira, is hereby appointed Successor Interim Trustee for the estate of the above-named debtor. Unless a trustee is elected at the meeting of creditors to be called pursuant to Section 341 of Title 11, United States Code, in the above referenced case, the Interim Trustee shall serve as Trustee.

This case is covered by the blanket bond for Chapter 7 cases of the above named trustee in the amount of $5,000,000.00 which is on file with the Court.

Judy Robbins
U.S. TRUSTEE FOR REGION IV

DATE: February 2, 2017            /s/John T. Stack
                                                   JOHN T. STACK
                                                   ASSISTANT UNITED STATES TRUSTEE
                                                   DISTRICT OF SOUTH CAROLINA