Debtor 1 **Christopher Michael Hicks Sr**
         First Name   Middle Name   Last Name

FILED 2017 FEB -7 AM 11:49
U.S. BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

Case number (if known) **17-00256-DD**

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ☒ Yes. List all payments to an insider.

   Insider's Name: **Jack Barcin**
   Number Street: **2569 John Boone Ct**
   City State ZIP Code: **Mt Pleasant SC 29466**

   Dates of payment: **Feb 2016, April 2016, Aug 2016**
   Total amount paid: **$10,050  250 cash**
   Amount you still owe: **$53900**
   Reason for this payment: I worked at Jack's house painting and around the house work to help with paying back a loan. He is listed on the E/F - I also gave him 250.00 cash. He was a investor with a old business. I could not pay any more.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ☒ Yes. List all payments that benefited an insider.

   Insider's Name: **Lynda Hicks**
   Number Street: **401 Harbour Place Dr #1227**
   City State ZIP Code: **Tampa FL 33602**

   Dates of payment: **Jan 2017**
   Total amount paid: **$4200**
   Amount you still owe: **$0**
   Reason for this payment / Include creditor's name: Disney World Timeshare D.V.C. we sold in Dec-Jan 2017 - we needed money - I broke my leg - ankle in Nov 2016 - out of work and no income. We sold it for 7000.

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 4

Debtor 1 **Christopher Michael Hicks Jr** Case number (if known) **17-00256-DD**
        First Name   Middle Name   Last Name

| Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: __ __ – __ __ __ __ __ __ __ |
|---|---|---|
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☐ Yes. Fill in the details below.

| Name | Date issued<br>MM / DD / YYYY |
|---|---|
| Number  Street | |
| City   State   ZIP Code | |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____  ✗ _____
   Signature of Debtor 1                                  Signature of Debtor 2

Date **2-4-17**                           Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).