**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **Christopher Michael Hicks, Sr** | Case # 17- 00256-DD |
| | Chapter 7 |
| **Debtor(s)** | |

### NOTICE OF RESCHEDULED MEETING OF CREDITORS

Please take notice that the § 341 Meeting of Creditors originally scheduled to be heard on Feb. 22, 2017 at 11:00 AM has been continued to **Feb. 23, 2017 at 11:00AM** at 145 King Street, Room 225, Charleston, SC 29401. All other provisions of the Notice of Bankruptcy are unchanged.

Dated this February 8, 2017 at Myrtle Beach, South Carolina.

/s/ Michelle L. Vieira
Michelle L. Vieira, Trustee
District Court ID #9876
P O Box 70309
Myrtle Beach, SC  29572
Phone (843) 497-9800   Fax (877) 684-1614
email: Trustee@Chapter7.email